AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 18 Cr. 137 (EK) |
| Mohamad Yassine | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Mohamad Yassine                                                                 .

Date:   05/05/2022

*Deborah Colson*
*Attorney's signature*

Deborah Colson, DC1578
*Printed name and bar number*

Colson Law PLLC
80 Broad Street, Suite 1900
New York, NY 10004
*Address*

dcolson@colsonlaw.com
*E-mail address*

(212) 257-6455
*Telephone number*

(212) 257-6453
*FAX number*